Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW, P.A.**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
ADAM TAYLOR

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| ADAM TAYLOR, | Case No.: 2:23-cv-00798 |
|---|---|
| Plaintiff, | **COMPLAINT FOR COPYRIGHT INFRINGEMENT (INJUNCTIVE RELIEF DEMANDED)** |
| v. | |
| FELIX JOSEF SCHMEING and HEWAN EVIE SEIFU, individually and dba CERAMIC CONCEPTS, | **Demand for Jury Trial** |
| Defendants. | |

    Plaintiff ADAM TAYLOR by and through his undersigned counsel, brings this Complaint against Defendants FELIX JOSEF SCHMEING and HEWAN EVIE SEIFU, individually and dba CERAMIC CONCEPTS for damages and injunctive relief, and in support thereof states as follows:

## SUMMARY OF THE ACTION

1. Plaintiff ADAM TAYLOR ("Taylor") brings this action for violations of exclusive rights under the Copyright Act, 17 U.S.C. § 106, to copy and distribute Taylor's original copyrighted work of authorship.

2. Taylor has over 16 years of experience and specializes in photographing residential and commercial spaces. He captures the details that are important to his clients' projects ensuring that they never get lost. Taylor collaborates with architects, builders, and designers to translate the beautiful environments they create into artful photographs. He believes photography has the power to inspire, engage, motivate, and move. Taylor's clients' unique visions drive his work, so together they work to ensure that he accurately expresses the mood and lifestyle that his clients want to portray to their audiences. The images Taylor creates give his clients' brands a consistent, luxurious look that helps to elevate their brands. Taylor's projects include the Valextra Retail Store, BYU Science Building, First Hawaiian Center Skyscraper, Ilima Hotel, Maison Margiela Retail Store, Lilia Waikiki Luxury Apartments and more.

3. FELIX JOSEF SCHMEING ("Schmeing") and HEWAN EVIE SEIFU ("Seifu"), INDIVIDUALLY AND DBA CERAMIC-CONCEPTS ("Ceramic") are a husband-and-wife team doing business as a custom hand-painted tile company located in the artsy, inner city of Los Angeles, Echo Park. Ceramic creates Moorish (Moroccan) tiles, Spanish Tiles and modern tiles, and its product line includes decorative tiles, subway and linear tiles, trims, field tiles, and glazes. Ceramic sells its products at its brick-and-mortar store, as well as on the website www.etsy.com. At all times relevant herein, Ceramic owned and operated the internet website located at the URL www.ceramic-concepts.com (the "Website").

4. Schmeing and Seifu are the registrants of the fictitious business name Ceramic Concepts in Riverside County, California, filing Number R-202210307.

COMPLAINT FOR COPYRIGHT INFRINGEMENT                                           CASE NO.: 2:23-CV-00798

5. Defendants Ceramic, Schmeing, and Seifu are collectively referred to herein as "Defendants."

6. Taylor alleges that Defendants copied Taylor's copyrighted Work from the internet in order to advertise, market and promote their business activities.

7. Defendants committed the violations alleged in connection with Defendants' business for purposes of advertising and promoting sales to the public in the course and scope of the Defendants' business.

## JURISDICTION AND VENUE

8. This is an action arising under the Copyright Act, 17 U.S.C. § 501.

9. This Court has subject matter jurisdiction over these claims pursuant to 28 U.S.C. §§ 1331, 1338(a).

10. Defendants are subject to personal jurisdiction in California.

11. Venue is proper in this district under 28 U.S.C. § 1391(b) and (c) and 1400(a) because the events giving rise to the claims occurred in this district, Defendants engaged in infringement in this district, Defendants reside in this district, and Defendants are subject to personal jurisdiction in this district.

## DEFENDANTS

13. Felix Josef Schmeing is an individual residing in Los Angeles county, state of California and can be served at 974 Everett Street, Los Angeles, California, 90026

14. Hewan Evie Seifu is an individual residing in Los Angeles county, state of California, and can be served at 974 Everett Street, Los Angeles, California, 90026.

## THE COPYRIGHTED WORK AT ISSUE

15. In 2020, Taylor created the photograph entitled "AT-2019-378," which is shown below and referred to herein as the "Work".



16.  Taylor registered the Work with the Register of Copyrights on July 29, 2020 and was assigned the registration number Vau1-403-704.  The Certificate of Registration is attached hereto as **Exhibit 1**.

SRIPLAW
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

17. At all relevant times Taylor was the owner of the copyrighted Work at issue in this case.

### INFRINGEMENT BY DEFENDANTS

18. Defendants have never been licensed to use the Work at issue in this action for any purpose.

19. On a date after the Work at issue in this action was created, but prior to the filing of this action, Defendants copied the Work.

20. On or about September 29, 2021, Taylor discovered the unauthorized use of his Work on the Website as a feature image of one of their "Installs with [their] 'in-stock' tiles."

21. Defendants copied Taylor's copyrighted Work without Taylor's permission.

22. After Defendants copied the Work, they made further copies and distributed the Work on the internet to promote the sale of goods and services as part of their custom painted tile sales business.

23. Defendants copied and distributed Taylor's copyrighted Work in connection with Defendants' business for purposes of advertising and promoting Defendants' business, and in the course and scope of advertising and selling products and services.

24. Taylor's works are protected by copyright but are not otherwise confidential, proprietary, or trade secrets.

25. Defendants committed copyright infringement of the Work as evidenced by the documents attached hereto as **Exhibit 2**.

26. Taylor never gave Defendants permission or authority to copy, distribute or display the Work at issue in this case.

27. Taylor notified Defendants of the allegations set forth herein on April 11, 2022. To date, the parties have failed to resolve this matter.

# COUNT I
# COPYRIGHT INFRINGEMENT

28. Taylor incorporates the allegations of paragraphs 1 through 27 of this Complaint as if fully set forth herein.

29. Taylor owns a valid copyright in the Work at issue in this case.

30. Taylor registered the Work at issue in this case with the Register of Copyrights pursuant to 17 U.S.C. § 411(a).

31. Defendants copied, displayed, and distributed the Work at issue in this case and made derivatives of the Work without Taylor's authorization in violation of 17 U.S.C. § 501.

32. Defendants performed the acts alleged in the course and scope of its business activities.

33. Defendants' acts were willful.

34. Taylor has been damaged.

35. The harm caused to Taylor has been irreparable.

WHEREFORE, the Plaintiff Adam Taylor prays for judgment against the Defendants Felix Schmeing and Evie Seifu, individually and dba Ceramic-Concepts, Felix Josef Schmeing, and Hewan Evie Seifu that:

a. Defendants and their officers, agents, servants, employees, affiliated entities, and all of those in active concert with them, be preliminarily and permanently enjoined from committing the acts alleged herein in violation of 17 U.S.C. § 501;

b. Defendants be required to pay Plaintiff his actual damages and Defendants' profits attributable to the infringement, or, at Plaintiff's election, statutory damages, as provided in 17 U.S.C. § 504;

d. Plaintiff be awarded his attorneys' fees and costs of suit under the applicable statutes sued upon;

  e. Plaintiff be awarded pre- and post-judgment interest; and

  f. Plaintiff be awarded such other and further relief as the Court deems just and proper.

## **JURY DEMAND**

Plaintiff Adam Taylor hereby demands a trial by jury of all issues so triable.

DATED: February 2, 2023   Respectfully submitted,

*/s/ Jonah A. Grossbardt*
JONAH A. GROSSBARDT
MATTHEW L. ROLLIN
**SRIPLAW**
*Attorneys for Plaintiff Adam Taylor*

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK