Jonah A. Grossbardt (SBN 283584)
Matthew L. Rollin (SBN 332631)
**SRIPLAW**
8730 Wilshire Boulevard
Suite 350
Beverly Hills, California 90211
323.364.6565 – Telephone
561.404.4353 – Facsimile
jonah.grossbardt@sriplaw.com
matthew.rollin@sriplaw.com

Attorneys for Plaintiff
ADAM TAYLOR

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| ADAM TAYLOR, | Case No.: 2:23-cv-00798-SB-AS |
|---|---|
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| v. | |
| FELIX JOSEF SCHMEING, HEWAN EVIE SEIFU, AND INDIVIDUALLY AND DBA CERAMIC CONCEPTS | |
| Defendants. | |

    Plaintiff ADAM TAYLOR, by and through his undersigned counsel, and pursuant to Local Rule 40-2 of the Central District of California, hereby notifies the Court that the parties have reached a settlement, and requests until May 15, 2023 in which to file a Notice of Dismissal.

1
2  DATED:  April 13, 2023            Respectfully submitted,
3
4                                    */s/ Matthew L. Rollin*
5                                    JONAH A. GROSSBARDT
                                     MATTHEW L. ROLLIN
6                                    **SRIPLAW**
7                                    Attorneys for Plaintiff Adam Taylor
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

2

NOTICE OF SETTLEMENT

2:23-cv-00798-SB-AS